**Gomez Trial Attorneys**
John H. Gomez (SBN 171485)
John P. Fiske (SBN 249256)
Stephanie S. Poli (SBN 286239)
655 West Broadway, Suite 1700
San Diego, California 92101
Tel:    (619) 237-3490
Fax:    (619) 237-3496

**Attorneys for Plaintiffs**

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

Robert Adams, individually; James
Anthony, individually; Edward Backes,
individually; James D. Ballie, as
trustee for the William E. and Phyllis
M. Wade Revocable Living Trust dated
April 1, 1998, individually; Darrel
Basta, individually;Richard Bauersfeld,
individually; Michael Bepko,
individually; Randy Brill, individually;
Jack Capps, individually; Richard
Carlson, individually; Harold Carter
individually; Ron Chandler
individually; Edward Collins,
individually; Sal Covarrubias,
individually; Garland Cox,
individually; Ronald Crain and
Deboran Crain, individually; Howard
Crosby, individually; Carol Dean,
individually; Thomas V. Demo, Sr.,
individually; Jeff Eacock, individually;
Karl Engstrom, individually; D. Neil
Freymiller, individually; George
Geanoulis, individually; John Goodloe,
individually; Louis Hahn, individually;
Wendall and Ruby Hill, individually;
Geoffrey Holbrook, individually; B.M.
Hylton, individually; Richard  Jayroe,
individually; Bonnie Johnson,
individually; Paul and Bonnie Johnson,
individually; Judi Kessler, individually;
Delmont King, individually; William
and Niki Kopenhaver, individually;
Arnold Korey, individually; Troy

Case No.    **'14CV2810 DMS WVG**

**COMPLAINT FOR DAMAGES**

1. Negligence
2. Negligence Per Se

Kuhn, individually; Adrian Lopez, individually; John Lorne, Jr., individually; Angel Magdaluyo, individually; Frank Miller, individually; Larry Miller, individually; Daniel C. Morris, individually; Robert Nagle, individually; Tommy Nilson, individually; Rodolofo Nobleza, individually; Michael Paine, individually; Michael R. Palmer, individually; Dave Pirie, individually; Floyd Quine, individually; Michael L. Randall, individually; Don Ruch, individually; Bill Snell, individually; Bob Sommers, individually; Jack Sprouse, individually; John C. Thomas, II, individually; Carmine Tilghman, individually; John Trexel, individually; William Carl Turnipseed, individually; Eugene Vanoni, individually;

                            Plaintiffs,

vs.

THE UNITED STATES OF AMERICA, and DOES 1 through 100, inclusive,

                            Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

## VENUE AND JURISDICTION

1.     This is an action arising under the Federal Tort Claims Act 28 U.S.C. §§ 2671 et seq.  This Court is vested with original jurisdiction to hear this matter pursuant to 28 U.S.C. § 1346 (b)(1), which provides in part that, "[t]he district courts … shall have exclusive jurisdiction of civil actions on claims against the United States, for money damages, accruing on and after January 1, 1945, for injury or loss of property, or personal injury or death caused by the negligent or wrongful act or omission of any officer, employee or servant of the Government while acting within the scope of his office or employment, under circumstances where the United States, if a private person, would be liable to the claimant in accordance with the law of the place where the act or omission occurred."

2.     This action arises from a fire that consumed approximately 7,055 acres in San Diego County, including Mount Laguna in the Cleveland National Forrest, and destroyed or rendered useless approximately 150 homes, structures, residences, lodges, cabins, and other buildings, and destroyed hundreds of vehicles, golf carts, and other significant items of personal property, (hereinafter "CHARIOT FIRE") all located at the Al Bahr Shrine Camp on Mt. Laguna in the Cleveland National Forest, located in San Diego County, California (hereinafter "SHRINE COMMUNITY"), on or about July 8, 2013.

## PARTIES AND GENERAL ALLEGATIONS

3.     <u>Plaintiff Robert Adams</u>- Plaintiff Robert Adams is and at all relevant times was a resident of San Diego County and owner of Cabin #102 at the SHRINE COMMUNITY. Cabin #102 was completely destroyed by the CHARIOT FIRE, and Plaintiff Robert Adams incurred damages including but not limited to real and personal property damage, clean-up costs, costs to repair, costs to replace, loss of use and other damages.

4.     <u>Plaintiff James Anthony</u>- Plaintiff James Anthony is and at all relevant times was a resident of San Diego County and owner of Cabin #90 at the SHRINE COMMUNITY. Cabin #90 was completely destroyed by the CHARIOT FIRE, and Plaintiff James Anthony incurred damages including but not limited to real and personal property damage, clean-up costs, costs to repair, costs to replace, loss of use and other damages.

5.     <u>Plaintiff Edward Backes</u>- Plaintiff Edward Bakes is and at all relevant times was a resident of San Diego County and owner of Cabin #87 at the SHRINE COMMUNITY. Cabin #87 was completely destroyed by the CHARIOT FIRE, and Plaintiff Edward Backes incurred damages including but not limited to real and personal property damage, clean-up costs, costs to repair, costs to replace, loss of use and other damages.

6.    <u>Plaintiff James D. Ballie, as trustee for the William E. & Phyllis M. Wade</u> <u>Revocable Living Trust dated April 1, 1998</u>- Plaintiff James D. Ballie, as trustee for the William E. and Phyllis M. Wade Revocable Living Trust dated April 1, 1998 is and at all relevant times was a resident of Honolulu County and owner of Cabin #6 at the SHRINE COMMUNITY. Cabin #6 was completely destroyed by the CHARIOT FIRE, and Plaintiff James D. Ballie, as trustee for the William E. and Phyllis M. Wade Revocable Living Trust dated April 1, 1998 incurred damages including but not limited to real and personal property damage, clean-up costs, costs to repair, costs to replace, loss of use and other damages.

7.    <u>Plaintiff Darrel Basta</u>- Plaintiff Darrel Basta is and at all relevant times was a resident of San Diego County and owner of Cabin #45 at the SHRINE COMMUNITY. Cabin #45 was completely destroyed by the CHARIOT FIRE, and Plaintiff Darrel Basta incurred damages including but not limited to real and personal property damage, clean-up costs, costs to repair, costs to replace, loss of use and other damages.

8.    <u>Plaintiffs Richard Bauersfeld</u>- Plaintiff Richard Bauersfeld is and at all relevant times was a resident of San Diego County and owner of Cabin #81 at the SHRINE COMMUNITY. Cabin #81 was completely destroyed by the CHARIOT FIRE, and Plaintiff Richard Bauersfeld incurred damages including but not limited to real and personal property damage, clean-up costs, costs to repair, costs to replace, loss of use and other damages.

9.    <u>Plaintiff Michael Bepko</u>- Plaintiff Michael Bepko is and at all relevant times was a resident of San Diego County and owner of Cabin #95 at the SHRINE COMMUNITY. Cabin #95 was completely destroyed by the CHARIOT FIRE, and Plaintiff Michael Bepko incurred damages including but not limited to real and personal property damage, clean-up costs, costs to repair, costs to replace, loss of use and other damages.

10.    <u>Plaintiff Randy Brill</u>- Plaintiff Randy Brill is and at all relevant times was a resident of San Diego County and owner of Cabin #78 at the SHRINE COMMUNITY.

Cabin #78 was completely destroyed by the CHARIOT FIRE, and Plaintiff Randy Brill incurred damages including but not limited to real and personal property damage, clean-up costs, costs to repair, costs to replace, loss of use and other damages.

11. Plaintiff Jack Capps- Plaintiff Jack Capps is and at all relevant times was a resident of San Diego County and owner of Cabin #4 at the SHRINE COMMUNITY. Cabin #4 was completely destroyed by the CHARIOT FIRE, and Plaintiff Jack Capps incurred damages including but not limited to real and personal property damage, clean-up costs, costs to repair, costs to replace, loss of use and other damages.

12. Plaintiff Richard Carlson- Plaintiff Richard Carlson is and at all relevant times was a resident of San Diego County and owner of Cabin #25 at the SHRINE COMMUNITY. Cabin #25 was completely destroyed by the CHARIOT FIRE, and Plaintiff Richard Carlson incurred damages including but not limited to real and personal property damage, clean-up costs, costs to repair, costs to replace, loss of use and other damages.

13. Plaintiff Harold Carter- Plaintiff Harold Carter is and at all relevant times was a resident of San Diego County and owner of Cabin #T-13 at the SHRINE COMMUNITY. Cabin #T-13 was completely destroyed by the CHARIOT FIRE, and Plaintiff Harold Carter incurred damages including but not limited to real and personal property damage, clean-up costs, costs to repair, costs to replace, loss of use and other damages.

14. Plaintiff Ron Chandler- Plaintiff Ron Chandler is and at all relevant times was a resident of San Diego County and owner of Cabin #96 at the SHRINE COMMUNITY. Cabin #96 was completely destroyed by the CHARIOT FIRE, and Plaintiff Ron Chandler incurred damages including but not limited to real and personal property damage, clean-up costs, costs to repair, costs to replace, loss of use and other damages.

15. Plaintiff Edward Collins- Plaintiff Edward Collins is and at all relevant times was a resident of San Diego County and owner of Cabin #56 at the SHRINE

Gomez
Trial Attorneys

COMMUNITY. Cabin #56 was completely destroyed by the CHARIOT FIRE, and Plaintiff Edward Collins incurred damages including but not limited to real and personal property damage, clean-up costs, costs to repair, costs to replace, loss of use and other damages.

16.  Plaintiff Sal Covarrubias- Plaintiff Sal Covarrubias is and at all relevant times was a resident of San Diego County and owner of Cabin #67 at the SHRINE COMMUNITY. Cabin #67 was completely destroyed by the CHARIOT FIRE, and Plaintiff  incurred damages including but not limited to real and personal property Sal Covarrubias damage, clean-up costs, costs to repair, costs to replace, loss of use and other damages.

17.  Plaintiff Garland Cox- Plaintiff Garland Cox is and at all relevant times was a resident of Yuma, Arizona and owner of Cabin #T-16 at the SHRINE COMMUNITY. Cabin #T-16 was completely destroyed by the CHARIOT FIRE, and Plaintiff Garland Cox incurred damages including but not limited to real and personal property damage, clean-up costs, costs to repair, costs to replace, loss of use and other damages.

18.  Plaintiffs Ronald and Deborah Crain- Plaintiffs Ronald and Deborah Crain are and at all relevant times were residents of Chula Vista, CA and owners of Cabin #T-3 at the SHRINE COMMUNITY. Cabin #T-3 was completely destroyed by the CHARIOT FIRE, and Plaintiffs Ronald and Deborah Crain incurred damages including but not limited to real and personal property damage, clean-up costs, costs to repair, costs to replace, loss of use and other damages.

19.  Plaintiff Howard Crosby- Plaintiff Howard Crosby is and at all relevant times was a resident of San Diego County and owner of Cabin #61 at the SHRINE COMMUNITY. Cabin #61 was completely destroyed by the CHARIOT FIRE, and Plaintiff Howard Crosby incurred damages including but not limited to real and personal property damage, clean-up costs, costs to repair, costs to replace, loss of use and other damages.

20.  Plaintiff Carol Dean- Plaintiff Carol Dean is and at all relevant times was a

resident of San Diego County and owner of Cabin #14 at the SHRINE COMMUNITY. Cabin #14 was completely destroyed by the CHARIOT FIRE, and Plaintiff Carol Dean incurred damages including but not limited to real and personal property damage, clean-up costs, costs to repair, costs to replace, loss of use and other damages.

21.  <u>Plaintiff Thomas V. Demo, Sr.</u>- Plaintiff Thomas V. Demo, Sr. is and at all relevant times was a resident of Montrose, Colorado and owner of Cabin #40 at the SHRINE COMMUNITY. Cabin #40 was completely destroyed by the CHARIOT FIRE, and Plaintiff Thomas V. Demo, Sr. incurred damages including but not limited to real and personal property damage, clean-up costs, costs to repair, costs to replace, loss of use and other damages.

22.  <u>Plaintiff Jeff Eacock</u>- Plaintiff Jeff Eacock is and at all relevant times was a resident of San Diego County and owner of Cabin #21 at the SHRINE COMMUNITY. Cabin #21 was completely destroyed by the CHARIOT FIRE, and Plaintiff Jeff Eacock incurred damages including but not limited to real and personal property damage, clean-up costs, costs to repair, costs to replace, loss of use and other damages.

23.  <u>Plaintiff Karl Engstrom</u>- Plaintiff Karl Engstrom is and at all relevant times was a resident of Florence, Oregon and owner of Cabin #73 at the SHRINE COMMUNITY. Cabin #73 was completely destroyed by the CHARIOT FIRE, and Plaintiff Karl Engstrom incurred damages including but not limited to real and personal property damage, clean-up costs, costs to repair, costs to replace, loss of use and other damages.

24.  <u>Plaintiff D. Neil Freymiller</u>- Plaintiff D. Neil Freymiller is and at all relevant times was a resident of San Diego County and owner of Cabin #48 at the SHRINE COMMUNITY. Cabin #48 was completely destroyed by the CHARIOT FIRE, and Plaintiff D. Neil Freymiller incurred damages including but not limited to real and personal property damage, clean-up costs, costs to repair, costs to replace, loss of use and other damages.

25.  <u>Plaintiff George Geanoulis</u>- Plaintiff George Geanoulis is and at all relevant

times was a resident of San Diego County and owner of Cabin #116 at the SHRINE COMMUNITY. Cabin #116 was completely destroyed by the CHARIOT FIRE, and Plaintiff George Geanoulis incurred damages including but not limited to real and personal property damage, clean-up costs, costs to repair, costs to replace, loss of use and other damages.

26. <u>Plaintiff John Goodloe</u>- Plaintiff John Goodloe is and at all relevant times was a resident of San Diego County and owner of Cabin #62 at the SHRINE COMMUNITY. Cabin #62 was completely destroyed by the CHARIOT FIRE, and Plaintiff John Goodloe incurred damages including but not limited to real and personal property damage, clean-up costs, costs to repair, costs to replace, loss of use and other damages.

27. <u>Plaintiff Louis Hahn</u>- Plaintiff Louis Hahn is and at all relevant times was a resident of San Diego County and owner of Cabin #101 at the SHRINE COMMUNITY. Cabin #101 was completely destroyed by the CHARIOT FIRE, and Plaintiff Louis Hahn incurred damages including but not limited to real and personal property damage, clean-up costs, costs to repair, costs to replace, loss of use and other damages.

28. <u>Plaintiffs Wendy and Ruby Hill</u>- Plaintiffs Wendall and Ruby Hill are and at all relevant times were residents of Pine Valley, CA and owners of Cabin #T-0 at the SHRINE COMMUNITY. Cabin #T-0 was completely destroyed by the CHARIOT FIRE, and Plaintiffs Wendy and Ruby Hill incurred damages including but not limited to real and personal property damage, clean-up costs, costs to repair, costs to replace, loss of use and other damages.

29. <u>Plaintiff Geoffrey Holbrook</u>- Plaintiff Geoffrey Holbrook is and at all relevant times was a resident of Imperial, California and owner of Cabin #57 at the SHRINE COMMUNITY. Cabin #57 was completely destroyed by the CHARIOT FIRE, and Plaintiff Geoffrey Holbrook incurred damages including but not limited to real and personal property damage, clean-up costs, costs to repair, costs to replace, loss of use and other damages.

30.  <u>Plaintiff B.M. Hylton</u>- Plaintiff B.M. Hylton is and at all relevant times was a resident of Alpine, California and owner of Cabin #112 at the SHRINE COMMUNITY. Cabin #112 was completely destroyed by the CHARIOT FIRE, and Plaintiff B.M. Hylton incurred damages including but not limited to real and personal property damage, clean-up costs, costs to repair, costs to replace, loss of use and other damages.

31.  <u>Plaintiff Richard Jayroe</u>- Plaintiff Richard Jayroe is and at all relevant times was a resident of Alexandria, Virgina and owner of Cabin #64 at the SHRINE COMMUNITY. Cabin #64 was completely destroyed by the CHARIOT FIRE, and Plaintiff Richard Jayroe incurred damages including but not limited to real and personal property damage, clean-up costs, costs to repair, costs to replace, loss of use and other damages.

32.  <u>Plaintiff Bonnie Johnson</u>- Plaintiff Bonnie Johnson is and at all relevant times was a resident of Donnelly, Idaho and was and had been employed by the SHRINE COMMUNITY. Plaintiff Bonnie Johnson incurred damages including but not limited to personal property, loss of earnings and loss of earning capacity, and other damages.

33.  <u>Plaintiffs Paul and Bonnie Johnson</u>- Plaintiffs Paul and Bonnie Johnson are and at all relevant times were residents of Donnelly, Idaho and owners of Cabin #68 at the SHRINE COMMUNITY. Cabin #68 was completely destroyed by the CHARIOT FIRE, and Plaintiffs Paul and Bonnie Johnson incurred damages including but not limited to real and personal property damage, clean-up costs, costs to repair, costs to replace, loss of use and other damages.

34.  <u>Plaintiff Judi Kessler</u>- Plaintiff Judi Kessler is and at all relevant times was a resident of San Diego County and owner of Cabin #35 at the SHRINE COMMUNITY. Cabin #35 was completely destroyed by the CHARIOT FIRE, and Plaintiff Judi Kessler incurred damages including but not limited to real and personal property damage, clean-up costs, costs to repair, costs to replace, loss of use and other damages.

35.   Plaintiff Delmont King- Plaintiff Delmont King is and at all relevant times was a resident of San Diego County and owner of Cabin #73 at the SHRINE COMMUNITY. Cabin #73 was completely destroyed by the CHARIOT FIRE, and Plaintiff Delmont King incurred damages including but not limited to real and personal property damage, clean-up costs, costs to repair, costs to replace, loss of use and other damages.

36.   Plaintiffs William and Niki Kopenhaver- Plaintiffs William and Niki Kopenahver are and at all relevant times were residents of San Diego County and owners of Cabin #100 at the SHRINE COMMUNITY. Cabin #100 was completely destroyed by the CHARIOT FIRE, and Plaintiffs William and Niki Kopenhaver incurred damages including but not limited to real and personal property damage, clean-up costs, costs to repair, costs to replace, loss of use and other damages.

37.   Plaintiff Arnold Korey- Plaintiff Arnold Korey is and at all relevant times was a resident of San Diego County and owner of Cabin #113 at the SHRINE COMMUNITY. Cabin #113 was completely destroyed by the CHARIOT FIRE, and Plaintiff Arnold Korey incurred damages including but not limited to real and personal property damage, clean-up costs, costs to repair, costs to replace, loss of use and other damages.

38.   Plaintiff Troy Kuhn- Plaintiff Troy Kuhn is and at all relevant times was a resident of San Diego County and owner of Cabin #99 at the SHRINE COMMUNITY. Cabin #99 was completely destroyed by the CHARIOT FIRE, and Plaintiff Troy Kuhn incurred damages including but not limited to real and personal property damage, clean-up costs, costs to repair, costs to replace, loss of use and other damages.

39.   Plaintiff Adrian Lopez- Plaintiff Adrian Lopez is and at all relevant times was a resident of San Diego County and owner of Cabin #89 at the SHRINE COMMUNITY. Cabin #89 was completely destroyed by the CHARIOT FIRE, and Plaintiff Adrian Lopez incurred damages including but not limited to real and personal property damage, clean-up costs, costs to repair, costs to replace, loss of use and other

damages.

40.  <u>Plaintiff John Lorne, Jr.</u>- Plaintiff John Lorne, Jr. is and at all relevant times was a resident of San Diego County and owner of Cabin #T-12 at the SHRINE COMMUNITY. Cabin #T-12 was completely destroyed by the CHARIOT FIRE, and Plaintiff John Lorne, Jr. incurred damages including but not limited to real and personal property damage, clean-up costs, costs to repair, costs to replace, loss of use and other damages.

41.  <u>Plaintiff Angel Magdaluyo</u>- Plaintiff Angel Magdaluyo is and at all relevant times was a resident of San Diego County and owner of Cabin #70 at the SHRINE COMMUNITY. Cabin #70 was completely destroyed by the CHARIOT FIRE, and Plaintiff Angel Magdaluyo incurred damages including but not limited to real and personal property damage, clean-up costs, costs to repair, costs to replace, loss of use and other damages.

42.  <u>Plaintiff Frank Miller</u>- Plaintiff Frank Miller is and at all relevant times was a resident of San Diego County and owner of Cabin #T-20 at the SHRINE COMMUNITY. Cabin #T-20 was completely destroyed by the CHARIOT FIRE, and Plaintiff Frank Miller incurred damages including but not limited to real and personal property damage, clean-up costs, costs to repair, costs to replace, loss of use and other damages.

43.  <u>Plaintiff Larry Miller</u>- Plaintiff Larry Miller is and at all relevant times was a resident of San Diego County and owner of Cabin #71 at the SHRINE COMMUNITY. Cabin #71 was completely destroyed by the CHARIOT FIRE, and Plaintiff Larry Miller incurred damages including but not limited to real and personal property damage, clean-up costs, costs to repair, costs to replace, loss of use and other damages.

44.  <u>Plaintiff Daniel C. Morris</u>- Plaintiff Daniel C. Morris is and at all relevant times was a resident of San Diego County and owner of Cabin #30 and #60 at the SHRINE COMMUNITY. Cabin #30 and #60 were completely destroyed by the CHARIOT FIRE, and Plaintiff Daniel C. Morris incurred damages including but not

limited to real and personal property damage, clean-up costs, costs to repair, costs to replace, loss of use and other damages.

45.   <u>Plaintiff Robert Nagle</u>- Plaintiff Robert Nagle is and at all relevant times was a resident of San Diego County and owner of Cabin #107 at the SHRINE COMMUNITY. Cabin #107 was completely destroyed by the CHARIOT FIRE, and Plaintiff Robert Nagle incurred damages including but not limited to real and personal property damage, clean-up costs, costs to repair, costs to replace, loss of use and other damages.

46.   <u>Plaintiff Tommy Nilson</u>- Plaintiff Tommy Nislon is and at all relevant times was a resident of San Diego County and owner of Cabin #29 at the SHRINE COMMUNITY. Cabin #29 was completely destroyed by the CHARIOT FIRE, and Plaintiff Tommy Nilson incurred damages including but not limited to real and personal property damage, clean-up costs, costs to repair, costs to replace, loss of use and other damages.

47.   <u>Plaintiff Rodolfo Nobleza</u>- Plaintiff Rodolfo Nobleza is and at all relevant times was a resident of San Diego County and owner of Cabin #65 at the SHRINE COMMUNITY. Cabin #65 was completely destroyed by the CHARIOT FIRE, and Plaintiff Rodolfo Nobleza incurred damages including but not limited to real and personal property damage, clean-up costs, costs to repair, costs to replace, loss of use and other damages.

48.   <u>Plaintiff Michael Paine</u>- Plaintiff Michael Paine is and at all relevant times was a resident of San Diego County and owner of Cabin #103 at the SHRINE COMMUNITY. Cabin #103 was completely destroyed by the CHARIOT FIRE, and Plaintiff Michael Paine incurred damages including but not limited to real and personal property damage, clean-up costs, costs to repair, costs to replace, loss of use and other damages.

49.   <u>Plaintiff Michael R. Palmer</u>- Plaintiff Michael R. Palmer is and at all relevant times was a resident of Hemet, California and owner of Cabin #115 at the

Gomez
Trial Attorneys

SHRINE COMMUNITY. Cabin #115 was completely destroyed by the CHARIOT FIRE, and Plaintiff Michael R. Palmer incurred damages including but not limited to real and personal property damage, clean-up costs, costs to repair, costs to replace, loss of use and other damages.

50. Plaintiff Dave Pirie- Plaintiff Dave Pirie is and at all relevant times was a resident of San Diego County and owner of Cabin #98 at the SHRINE COMMUNITY. Cabin #98 was completely destroyed by the CHARIOT FIRE, and Plaintiff Dave Pirie incurred damages including but not limited to real and personal property damage, clean-up costs, costs to repair, costs to replace, loss of use and other damages.

51. Plaintiff Floyd Quine- Plaintiff Floyd Quine is and at all relevant times was a resident of Cathedral City, California and owner of Cabin #53 at the SHRINE COMMUNITY. Cabin #53 was completely destroyed by the CHARIOT FIRE, and Plaintiff Floyd Quine incurred damages including but not limited to real and personal property damage, clean-up costs, costs to repair, costs to replace, loss of use and other damages.

52. Plaintiff Michael L. Randall- Plaintiff Michael L. Randall is and at all relevant times was a resident of San Diego County and owner of Cabin #97 at the SHRINE COMMUNITY. Cabin #97 was completely destroyed by the CHARIOT FIRE, and Plaintiff Michael L. Randall incurred damages including but not limited to real and personal property damage, clean-up costs, costs to repair, costs to replace, loss of use and other damages.

53. Plaintiff Don Ruch- Plaintiff Don Ruch is and at all relevant times was a resident of San Diego County and owner of Cabin #105 at the SHRINE COMMUNITY. Cabin #105 was completely destroyed by the CHARIOT FIRE, and Plaintiff Don Ruch incurred damages including but not limited to real and personal property damage, clean-up costs, costs to repair, costs to replace, loss of use and other damages.

54. Plaintiff Bill Snell- Plaintiff Bill Snell is and at all relevant times was a resident of San Diego County and owner of Cabin #33 at the SHRINE COMMUNITY.

Cabin #33 was completely destroyed by the CHARIOT FIRE, and Plaintiff Bill Snell incurred damages including but not limited to real and personal property damage, clean-up costs, costs to repair, costs to replace, loss of use and other damages.

55.  Plaintiff Bob Sommers- Plaintiff Bob Sommers is and at all relevant times was a resident of San Diego County and owner of Cabin #T-8 at the SHRINE COMMUNITY. Cabin #T-8 was completely destroyed by the CHARIOT FIRE, and Plaintiff Bob Sommers incurred damages including but not limited to real and personal property damage, clean-up costs, costs to repair, costs to replace, loss of use and other damages.

56.  Plaintiff Jack Sprouse- Plaintiff Jack Sprouse is and at all relevant times was a resident of San Diego County and owner of Cabin #75 at the SHRINE COMMUNITY. Cabin #75 was completely destroyed by the CHARIOT FIRE, and Plaintiff Jack Sprouse incurred damages including but not limited to real and personal property damage, clean-up costs, costs to repair, costs to replace, loss of use and other damages.

57.  Plaintiff John C. Thomas II- Plaintiff John C. Thomas II is and at all relevant times was a resident of San Diego County and owner of Cabin #120 at the SHRINE COMMUNITY. Cabin #120 was completely destroyed by the CHARIOT FIRE, and Plaintiff John C. Thomas II incurred damages including but not limited to real and personal property damage, clean-up costs, costs to repair, costs to replace, loss of use and other damages.

58.  Plaintiff Carmine Tilghman- Plaintiff Carmine Tilghman is and at all relevant times was a resident of Tucson, Arizona and owner of Cabin #77 at the SHRINE COMMUNITY. Cabin #77 was completely destroyed by the CHARIOT FIRE, and Plaintiff Carmine Tilghman incurred damages including but not limited to real and personal property damage, clean-up costs, costs to repair, costs to replace, loss of use and other damages.

59.  Plaintiff John Trexel- Plaintiff John Trexel is and at all relevant times was a

resident of San Diego County and owner of Cabin #T-2 at the SHRINE COMMUNITY. Cabin #T-2 was completely destroyed by the CHARIOT FIRE, and Plaintiff John Trexel incurred damages including but not limited to real and personal property damage, clean-up costs, costs to repair, costs to replace, loss of use and other damages.

60.  Plaintiff William Carl Turnipseed- Plaintiff William Carl Turnipseed is and at all relevant times was a resident of San Diego County and owner of Cabin #114 at the SHRINE COMMUNITY. Cabin #114 was completely destroyed by the CHARIOT FIRE, and Plaintiff William Carl Turnipseed incurred damages including but not limited to real and personal property damage, clean-up costs, costs to repair, costs to replace, loss of use and other damages.

61.  Plaintiff Eugene Vanoni- Plaintiff Eugene Vanoni is and at all relevant times was a resident of San Diego County and was and had been employed by the SHRINE COMMUNITY. Plaintiff Eugene Vanoni incurred damages including but not limited to personal property, loss of earnings and loss of earning capacity, and other damages.

All of the above named Plaintiffs may be referred to herein collectively as "Plaintiffs."

62.  Defendant UNITED STATES OF AMERICA ("USA") is, and at all relevant times herein was, a governmental entity, organized pursuant to the Constitution of the United States, and responsible for the Bureau of Land Management ("BLM") within the Department of the Interior, responsible for the management and conservation of public lands, including the area of San Diego County where the CHARIOT FIRE originated.

63.  BLM employee JASON PETERS is, and at all relevant times herein was, an employee and/or agent of BLM responsible for the area of San Diego County where the CHARIOT FIRE originated.  Attached as Exhibit 1 is the Certification of Scope of Employment regarding JASON PETERS.

64.  Plaintiffs are informed and believe, and on this basis alleges that, at all times herein mentioned, DOES 1 through 100, were the officers, employees, servants, agents, contractors, subsidiaries, divisions, and other affiliated individuals or entities, of

each other, and were acting within the scope and purpose of such agency or employment, and with the power and authority vested in them as officers, employees, or servants, or ratification, endorsement or approval of the conduct of each other with respect to the events and happenings alleged herein. All Defendants herein named may be referred to collectively as "Defendants."

65.    Defendant USA is vicariously liable for the negligent, reckless, and/or intentional acts of JASON PETERS and DOES 1 through 100, all of whom were acting in the course and scope of their employment as officers, employees, agents, and/or servants at all relevant times herein alleged.

66.    The true names and capacities of Defendants DOES 1 through 100 inclusive are unknown to Plaintiffs, who therefore sue said Defendants by such fictitious names.    Plaintiffs are informed and believe and allege thereon that each of the Defendants herein designated as DOE is responsible in some manner for the events and happenings herein referred to and caused the injuries and damages legally thereby as hereinafter alleged.

## PROCEDURAL ALLEGATIONS

67.    As outlined above, each Plaintiff served a Claim for Damages pursuant to the Federal Tort Claims Act on the BLM.  The Claims for Damages are attached hereto as Exhibits '2' through '60.'

67.    As of the date of this filing, all Plaintiff's claimns have been denied.

68.    In accordance with 28 U.S.C. § 2675(a), Plaintiffs now file this action.

## FACTUAL ALLEGATIONS

69.    On or about July 6, 2013, JASON PETERS, acting under the course and scope of his employment and/or agency with the BLM, negligently, recklessly, and/or intentionally drove, operated, owned, maintained, and/or maintenanced a BLM Jeep, identified by U.S. Government license plate number I428127 (hereinafter "JEEP"), on or around Highway S2 and the Great Southern Overland Stage Route, in an area southwest of Butterfield Ranch Resort, in San Diego County.

70.    On or about July 6, 2013, JASON PETERS negligently, recklessly, and/or intentionally started the CHARIOT FIRE by failing to inspect and/or notice and/or clear debris including but not limited to brush and other material from his JEEP, including areas such as his undercarriage, skid plate, and/or transmission area, and other areas of his JEEP, while driving across and around the desert floor on and off road.

71.    Said debris, brush, and other materials in the undercarriage of the JEEP ignited from contact with certain component parts of the JEEP including but not limited to the catalytic converter or other parts of the exhaust system, and/or the engine block, fuel delivery system, and/or other parts of the JEEP.  The ignited fire spread and ignited other material including plastic material of the JEEP, including the plastic fuel line to the engine compartment creating a fire underneath the JEEP as JASON PETERS negligently, recklessly, and intentionally drove his JEEP across and around the desert floor on and off road while under the course and scope of employment with the BLM. Fire activity was accelerated as the fuel tank contents drained out of the burned fuel line.

72.    JASON PETERS, while acting under the course and scope of his employment with the BLM, continued to drive across and around the Great Southern Overland Stage Route and the desert floor on and off road while the undercarriage of his JEEP was on fire and/or spreading ignited material, igniting at least four General Origin Areas ("GOAs"). These four GOAs later combined together to form the CHARIOT FIRE.

73.    JASON PETERS was, at all relevant times herein alleged, driving, maintaining, maintenancing,  inspecting or failing to inspect, owning and operating vehicles owned, controlled, maintained, maintenanced, and/or possessed by BLM, with the BLM's express or implied consent and permission, and within the course and scope of his employment with the BLM.

74.    On or about July 8, 2013, the CHARIOT FIRE spread to the SHRINE COMMUNITY, a 25 acre mountain community located on Mt. Laguna in the Cleveland

National Forest. The SHRINE COMMUNITY has been a private community used by Plaintiffs under lawful permit from the United States Forest Service for many, many decades.

75.     The SHRINE COMMUNITY included an 87-year old lodge, dining hall, caretaker cabin, two dormitories, five rental cabins, camp area, playgrounds, 100 permanent trailer pads, 28 transient trailer pads, fixed structure cabins, a water well, 400 feet of pipeline with a 60,000 gallon water storage tank, as well as associated parking areas, roadways, waterlines, septic, gas, power and telephone facilities, as well as other features, structures, and things that were destroyed or rendered useless.

76.     The SHRINE COMMUNITY was used by the Plaintiffs and its constituent members, other members of groups affiliated with Masons, affiliated Masonic Bodies, their families, and guests for activities including but not limited to camping, meetings, parties, weddings, and reunions. Other community groups used the SHRINE COMMUNITY for events, programs, and private activities.

77.     The SHRINE COMMUNITY consisted of approximately 150 structures, most of which were completely destroyed. The remaining "surviving" structures were partially damaged and can no longer be used.   The Plaintiffs permit has been downgraded to a non-use status and the entire community has been rendered useless.

### FIRST CLAIM FOR RELIEF

### I. Negligence

### (Against All Defendants)

78.     Plaintiffs hereby incorporate each and every allegation contained in Paragraphs 1 through 30 as though fully set forth herein.

79.     At all relevant times herein alleged Defendants had a duty to act with reasonable and due care for the safety of others to not cause personal or real property damage, including as part of their employment and/or duties with and for the BLM.

80.     On July 6, 2013, Defendants created a dangerous condition on Highway S2 at or around the Great Overland Butterfield Stage Route by driving the JEEP with

ignited, dry brush caught in the undercarriage.

81.    Defendants knew or should have known that the JEEP posed the threat of and created the dangerous condition in and around an area that was extremely susceptible to wild fire based on factors including but not limited to:

          a)    Temperatures in the fire area were 6-7 degrees Fahrenheit above average;

          b)    the Burn Index, based on ten years of climatology, was near or at record maximum levels, supporting an exceptionally high probability for large fire growth;

          c)    live fuel moistures were averaging 60%, a critical level;

          d)    winds of five miles per hour with gusts up to 21 miles per hours; and

          e)    the probability of ignition was calculated to be at 90%.

82.    Despite this knowledge, Defendants continued to negligently, recklessly, and/or intentionally operate the JEEP while the JEEP posed the threat of and created the dangerous condition wherein the JEEP ignited the CHARIOT FIRE.

83.    Defendants knew or should have known of the probability, likelihood, or threat of fire and/or ignition on the underside of the JEEP.  Defendants knew or should have known of the danger posed by brush and/or other debris lodged in the undercarriage.

84.    Defendants failed to exercise reasonable care in that they failed to inspect, notice, and/or clear out the JEEP's undercarriage, and Defendants failed to exercise reasonable care to prevent and respond to the fire, which originated from his JEEP, and Defendants failed to exercise reasonable care in that Defendants failed to extinguish the fire and prevent its spread.

85.    Defendants knew or should have known that his acts and omissions as alleged herein would result in harm to the public in general, and did in fact cause substantial personal and real property damage to Plaintiffs including the destruction as

described above.  Defendants' conduct was a substantial factor in causing Plaintiff's harm.

86.    The acts and omissions by Defendants were the legal cause of the injuries and damages to the Plaintiffs.  Defendants are liable to the Plaintiffs for all damages to their property caused by the fire, including clean-up of the fire damaged acreage and area, replacement, market value, loss of use, loss of business income, and/or other types and categories of damages.

87.    As a proximate result of Defendants' wrongful acts, Plaintiffs suffered substantial personal and real property damage as described above.

88.    As a proximate result of Defendants' wrongful acts, Plaintiffs suffered the loss of current and future use of the SHRINE COMMUNITY and personal and real property located within it, including loss of business income, past and future.

## SECOND CLAIM FOR RELIEF

### II. Negligence Per Se- Health and Safety Code § 13007

### (Against All Defendants)

89.    Plaintiffs hereby incorporate each and every allegation contained in Paragraphs 1 through 41 as though fully set forth herein.

90.    Under California Health and Safety Code § 13007, any person who willfully, negligently, or in violation of law, sets fire to, allows fire to be set, or allows a fire kindled or attended by him to escape to the property of another, whether privately or publicly owned, is liable to the owner of such property for any damages to the property caused by the fire.

91.    On or about July 6, 2013, Defendants negligently, recklessly, and/or intentionally started the CHARIOT FIRE, as described above.

92.    Plaintiffs owned real and personal property located in the SHRINE COMMUNITY.

93.    On or about July 6, 2013, the Defendants caused the CHARIOT FIRE that destroyed the SHRINE COMMUNITY, including real and personal property owned by

Plaintiffs.

94.    Defendants are liable to Plaintiffs for all damages to their property caused by the fire, including clean-up costs, replacement, market value, loss of use, loss of business income, and/or other types and categories of damages.

95.    Defendants violated California Health and Safety Code § 13007 when JASON PETERS, while acting within the course and scope of his employment and/or agency with the BLM, negligently, recklessly, and/or intentionally caused the CHARIOT FIRE, which subsequently destroyed personal and real property owned by Plaintiffs.

96.    Defendants' violation of the law was a substantial factor in bringing about the harm to Plaintiffs.

97.    As a proximate result of Defendants' wrongful acts, Plaintiffs suffered substantial personal and real property damage including the destruction of real and personal property as described herein and above.

98.    As a proximate cause of Defendants' wrongful acts, Plaintiffs suffered the loss of current and future use of the SHRINE COMMUNITY and personal and real property located within it, including loss of business income, past and future.

///
///
///
///
///
///
///
///
///
///
///

1    **PRAYER**

2  WHEREFORE, Plaintiffs pray for judgment against all Defendants, and each of them,

3  as follows:

4       1.      For general damages;

5       2.      For special and/or economic and/or loss of use damages;

6       3.      For incidental damages;

7       4.      For costs of suit incurred herein; and

8       5.      For such other and further relief as the court may deem just and proper.

9

10  Dated:  November 24, 2014            **GOMEZ TRIAL ATTORNEYS**

11                                By:  ___/s/ John P. Fiske___
                                  John H. Gomez
12                                John P. Fiske
                                  Stephanie S. Poli
13                                Attorneys for Plaintiffs

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28